UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DARRELL YARBOROUGH,<br><br>    Plaintiff,<br>v.<br><br>HALSTED FINANCIAL SERVICES, LLC,<br><br>    Defendant. | Case No. 8:21-cv-02066-VMC-JSS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Darrell Yarborough and Defendant Halsted Financial Services, by and through undersigned counsel, hereby stipulate that all claims against Halsted Financial Services shall be DISMISSED WITH PREJUDICE.

Respectfully submitted this 18th day of February 2022.

| | |
|---|---|
| */s/ Santiago J Teran*<br>Santiago J Teran (FL Bar No. 1018985)<br>Price Law Group, APC<br>2125 Biscayne Bldv., Ste 206<br>Miami, FL 33137<br>E-mail: santiago@pricelawgroup.com<br>Cell: (347) 946-7990<br>Telephone: (818) 600-5586<br>Facsimile: (818) 600-5486<br><br>*Attorneys for Plaintiff*<br>*Darrell Yarborough* | */s/ Michael A. Gold*<br>Michael A. Gold (FL Bar No. 71943)<br>Walters Levine Parisi & DeGrave<br>601 Bayshore Boulevard, Suite 720<br>Tampa, FL 33606<br>E-mail: mgold@walterslevine.com<br>E-mail: cmanganiello@alterslevine.com<br>Telephone: (813) 254-7474<br>Facsimile: (813) 254-7341<br><br>*Attorneys for Defendant*<br>*Halsted Financial Services, LLC* |